IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 03-cv-2669-MSK-PAC

LEPRINO FOODS COMPANY,

    Plaintiff,

v.

BIG-D CONSTRUCTION CORP.- CALIFORNIA, a Utah corporation,
BIG-D CONSTRUCTION CORP., a Utah corporation, and
Does 1-100, inclusive,

    Defendants/Counterclaimants

---

BIG-D CONSTRUCTION CORP.- CALIFORNIA, a Utah corporation,
BIG-D CONSTRUCTION CORP., a Utah corporation, and
Does 1-100, inclusive,

    Third Party Plaintiffs,

v.

MARELICH MECHANICAL CO., INC. dbs UNIVERSITY MARELICH MECHANICAL, a California corporation,

    Third Party Defendant.

---

MARELICH MECHANICAL CO., INC. dbs UNIVERSITY MARELICH MECHANICAL, a California corporation,

    Third Party Plaintiff/Counterclaimant,

v.

BIG-D CONSTRUCTION CORP. - CALIFORNIA, a Utah corporation,
FEDERAL INSURANCE COMPANY, an Indiana corporation,

FRICK COMPANY, and
Roes 20 through 80, inclusive,

        Counterdefendant/Third Party Defendants.

---

## ORDER DENYING MOTION TO STAY PROCEEDINGS OR FOR AN EXTENSION OF DISCOVERY CUT-OFF AND RELATED DATES

---

        THIS MATTER comes before the Court on a motion by Marelich Mechanical Co., Inc. ("Marelich") to stay proceedings or for an extension of the discovery cut-off and other discovery dates **(#72)**. Having considered the motion, the response **(#78)** and replies **(#81, #82)** thereto, the Court finds that its consideration of the issues would not be enhanced by oral argument. Therefore based upon the written submissions, the Court

        **FINDS** and **CONCLUDES** that:

        Marelich asks the Court to stay this action pending a determination from the Ninth Circuit Court of Appeals regarding an appeal filed by Big-D Construction Corporation - California ("Big-D") in a case commenced by Big-D against Leprino Foods Company ("Leprino"). According to Marelich, the Ninth Circuit's ruling could render the litigation in this Court unnecessary. The subject of the appeal is whether by virtue of a contractual forum selection clause, the controversy between Leprino and Big-D is required to proceed in Colorado. Arguably, the Ninth Circuit could reverse the District Court decision that so held, which would allow the claims brought in this action to proceed in the Eastern District of California.

Although the Ninth Circuit's ruling could have such effect, Marelich has demonstrated no basis for staying this action. This case is in the discovery stage, and such stage will not be complete until after Marelich anticipates that the Ninth Circuit will issue its opinion. Any discovery conducted in the instant case will undoubtedly benefit the parties regardless of whether it is the California or Colorado case that proceeds to trial. Thus, any stay of this action is premature.

The Court observes that Marelich's motion does contain a complete caption listing all parties to this litigation. Indeed, numerous filings by various parties have contained varying forms of the case caption. In the future, all Court filings shall bear the caption set forth in this Order.

**IT IS THEREFORE ORDERED** that:

(1) The motion to stay proceedings or for an extension of the discovery cut-off and other discovery dates **(#72)** is **DENIED**.

(2) All future Court filings shall bear the caption set forth in this Order.

Dated this 1st day of July, 2005.

                **BY THE COURT:**

                *Marcia S. Krieger*
                _____
                Marcia S. Krieger
                United States District Judge