IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   03-cv-02669-MSK-PAC

LEPRINO FOODS COMPANY,

      Plaintiff(s),

v.

BIG-D CONSTRUCTION CORP. - CALIFORNIA, a Utah corporation,
BIG-D CONSTRUCTION CORP., a Utah corporation, and
Does 1-100 inclusive,

      Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that Leprino Foods Company's Motion for Protective Order Regarding Big-D Construction Corp., California's Subpoena to Jack Towle [filed July 22, 2005] is **denied** for failure to comply with D.C.Colo.LCivR. 7.1.A.

Dated:  July 26, 2005