IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 03-cv-2669-MSK-PAC

LEPRINO FOODS COMPANY,

        Plaintiff,

v.

BIG-D CONSTRUCTION CORP. - CALIFORNIA, a Utah corporation;
BIG-D CONSTRUCTION CORP., a Utah corporation; and
Does 1-100, inclusive,

        Defendants/Third-Party Plaintiffs,

v.

MARELICH MECHANICAL CO., INC. dba UNIVERSITY MARELICH MECHANICAL,
a California corporation,

        Third-Party Defendant and Counterclaimant.

---

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE
TO FILE SUPPLEMENTAL AND AMENDED COMPLAINT AND JURY DEMAND**

ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A COAN, July 1, 05

THIS MATTER having come before the Court on Plaintiff's Motion for Leave to File Supplemental and Amended Complaint and Jury Demand, the Court having reviewed said motion, the file, and now being fully advised in the premises,

HEREBY GRANTS Plaintiff's Motion for Leave to File Supplemental and Amended Complaint and Jury Demand. Plaintiff's Supplemental and Amended Complaint and Jury Demand [Doc. # 89] is accepted as filed.

DONE AND SIGNED this 24th day of August, 2005.

BY THE COURT:

s/ PATRICIA A COAN
~~District Court~~ Magistrate Judge PATRICIA A COAN