IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   03-cv-02669-MSK-PAC

LEPRINO FOODS COMPANY,

    Plaintiff(s),

v.

BIG-D CONSTRUCTION CORP. - CALIFORNIA, a Utah corporation,
BIG-D CONSTRUCTION CORP., a Utah corporation, and
Does 1-100 inclusive,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Stipulated Joint Motion to Amend Scheduling Order [filed August 30, 2005] is **GRANTED** as follows:

    Counsel shall submit a proposed order by **September 9, 2005.**  See the Court's Electronic Filing Procedures, particularly, page 15.

Dated:  September 2, 2005