IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 03-cv-02669-MSK-PAC

LEPRINO FOODS COMPANY,

        Plaintiff,

v.

BIG-D CONSTRUCTION CORP.- CALIFORNIA, a Utah corporation;
BIG-D CONSTRUCTION CORP., a Utah corporation; and
Does 1-100, inclusive,

        Defendants/Counterclaimants.

---

BIG-D CONSTRUCTION CORP. – CALIFORNIA, a Utah corporation,
BIG-D CONSTRUCTION CORP., a Utah corporation, and
Does 1-100, inclusive,

        Third Party Plaintiffs,

v.

MARELICH MECHANICAL CO., INC. dbs UNIVERSITY MARELICH MECHANICAL, a California corporation,

        Third Party Defendant.

---

MARELICH MECHANICAL CO., INC. dbs UNIVERSITY MARELICH MECHANICAL, a California corporation,

        Third Party Plaintiff/Counterclaimant,

v.

BIG-D CONSTRUCTION CORP. – CALIFORNIA, a Utah corporation,
FEDERAL INSURANCE COMPANY, an Indiana corporation,
FRICK COMPANY, and
Roes 20 through 80, inclusive,

        Counterdefendant/Third Party Defendants.

## MINUTE ORDER GRANTING PARTIES' STIPULATED JOINT MOTION TO AMEND SCHEDULING ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN

Upon the August 30, 2005 Stipulated Motion of the Parties and good cause appearing therefor, the motion is granted. However, no proposed amended scheduling order has been submitted to the Court. Counsel are to submit a proposed amended scheduling order no later than Monday, September 19, 2005.