IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   03-cv-02669-MSK-PAC

LEPRINO FOODS COMPANY,

      Plaintiff(s),

v.

BIG-D CONSTRUCTION CORP. - CALIFORNIA, a Utah corporation,
BIG-D CONSTRUCTION CORP., a Utah corporation, and
Does 1-100 inclusive,

      Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that the Motion for Relief from Scheduling Order Pending the Court's Ruling on York's Motion to Dismiss and for an Extension of Time to Designate Non-Parties at Fault [filed October 6, 2005], Doc. No. 128, is **granted in part** and **denied in part** as follows:

      The cutoff for completion of fact depositions is **December 15, 2005.**
      The cutoff for completion of expert depositions is **January 6, 2006.**
      The deadline for exchange of expert reports and all Rule 26(a)(2) information is **December 23, 2005.**
      The dispositive motions deadline is **January 6, 2006.**

      **IT IS ORDERED that these deadlines will not be extended any further.**

      IT IS **ORDERED** that the Stipulated Motion for Enlargement of Time for Defendant Big-D Construction Corp...and Requests for Admissions, Set No. 1 [filed October 13, 2005], Doc. No. 133, is **GRANTED** as follows:

      Defendant Big D Construction has until **October 14, 2005**, to file an answer or other response to the discovery requests.

**IT IS ORDERED that Counsel are referred to the Electronic Filing Procedures, V.L., for the submission of proposed orders.**

IT IS **ORDERED** that responses to Plaintiff's Second Motion to Compel....and Big-D Construction Corp. [filed October 14, 2005], Doc. No. 135-1, are due on or before **October 26, 2005.**

IT IS **ORDERED** that responses to Third Party Defendant's University Marelich's Rule 37 Motion...and to Provide Witness Designations Under Rule 30(b)(6) [filed October 14, 2005], Doc. No. 136-1, are due on or before **October 26, 2005.**

IT IS **ORDERED** that a hearing on the above motions shall be held on **November 1, 2005 at 9:00 a.m.,** in Courtroom A501.  Counsel are to meet and confer from **8:00 a.m. to 9:00 a.m.** in the magistrate judge's conference room prior to the hearing in an effort to resolve discovery issues.

IT IS **FURTHER ORDERED** that the Final Pretrial Conference set for December 21, 2005 is *vacated and reset* to **February 6, 2006 at 9:00 a.m.** in Courtroom A501.  The proposed Final Pretrial Order is due on or before **February 1, 2006.**

In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  October 18, 2005