IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 03-cv-02669-MSK-PAC

LEPRINO FOODS COMPANY,

        Plaintiff,

v.

BIG-D CONSTRUCTION CORP.- CALIFORNIA, a Utah corporation;
BIG-D CONSTRUCTION CORP., a Utah corporation; and
Does 1-100, inclusive,

        Defendants/Counterclaimants.

---

BIG-D CONSTRUCTION CORP. – CALIFORNIA, a Utah corporation,
BIG-D CONSTRUCTION CORP., a Utah corporation, and
Does 1-100, inclusive,

        Third Party Plaintiffs,

v.

MARELICH MECHANICAL CO., INC. dbs UNIVERSITY MARELICH MECHANICAL, a California corporation,

        Third Party Defendant.

---

MARELICH MECHANICAL CO., INC. dbs UNIVERSITY MARELICH MECHANICAL, a California corporation,

        Third Party Plaintiff/Counterclaimant,

v.

BIG-D CONSTRUCTION CORP. – CALIFORNIA, a Utah corporation,
FEDERAL INSURANCE COMPANY, an Indiana corporation,
FRICK COMPANY, and
Roes 20 through 80, inclusive,

        Counterdefendant/Third Party Defendants.

## ORDER GRANTING PARTIES' STIPULATED JOINT MOTION TO VACATE SETTLEMENT CONFERENCE AND SECOND ORDER FOR THE SUBMISSION OF AN AMENDED SCHEDULING ORDER

Upon review of the Parties' Stipulated Motion to Vacate and Reschedule November 1, 2005 Mandatory [sic][1] Settlement Conference, Document #148, filed October 27, 2005, and good cause appearing therefor, the Motion is **GRANTED**. It is further

**ORDERED** that the November 1, 2005 Settlement Conference is vacated and reset for three hours to **December 9, 2005 at 9:00 a.m.** Parties, attorneys, and client representatives with FULL authority to settle must be present. **Valid, current photo identification is needed for access to the courthouse.** Updated confidential statements are to be emailed to the magistrate judge no later than December 5, 2005. It is further

**ORDERED** that counsel shall submit a complete amended scheduling order which was ordered to be submitted September 2, 2005, which includes any deadlines that have since been amended, on or before **November 9, 2005**. See Appendix F of the **D.C.Colo. Local Rules of Practice for the format.**

Dated: October 28, 2005.

        s/Patricia A. Coan
        Honorable Patricia A. Coan
        Magistrate Judge
        United States District Court for the
        District of Colorado.

---

[1] The settlement conference was set upon the agreement of counsel and, as such, is not a "mandatory" conference.