IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   03-cv-02669-MSK-PAC

LEPRINO FOODS COMPANY,

      Plaintiff(s),

v.

BIG-D CONSTRUCTION CORP. - CALIFORNIA, a Utah corporation,
BIG-D CONSTRUCTION CORP., a Utah corporation, and
Does 1-100 inclusive,

      Defendant(s).
_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

     IT IS HEREBY **ORDERED** that Third-Party Defendant York International Corporation's Request to be Excused from the December 9, 2005 Settlement Conference dated December 1, 2005 (doc. 161 is **GRANTED**.

Dated:  December 5, 2005