IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   03-cv-02669-MSK-PAC

LEPRINO FOODS COMPANY,

     Plaintiff(s),

v.

BIG-D CONSTRUCTION CORP. - CALIFORNIA, a Utah corporation,
BIG-D CONSTRUCTION CORP., a Utah corporation, and
Does 1-100 inclusive,

     Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

     IT IS HEREBY **ORDERED** that the Stipulated Motion to Vacate December 9, 2005 Settlement Conference to Pursue Further Mediation [Filed December 5, 2005; Doc. No. 165] is **GRANTED** as follows:

     The Settlement Conference set for December 9, 2005 is *vacated* .

Dated:  December 8, 2005