IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   03-cv-02669-MSK-PAC

LEPRINO FOODS COMPANY,

     Plaintiff(s),

v.

BIG-D CONSTRUCTION CORP. - CALIFORNIA, a Utah corporation,
BIG-D CONSTRUCTION CORP., a Utah corporation, and
Does 1-100 inclusive,

     Defendant(s).
_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

     IT IS HEREBY **ORDERED** that Plaintiff's Motion to Compel [filed November 29, 2005; Doc. No. 159] is **denied** for failure to comply with D.C.Colo. LCivR 7.1.A.

Dated:  December 19, 2005