IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 03-cv-2669-MSK-PAC

LEPRINO FOODS COMPANY,

    Plaintiff,

v.

BIG-D CONSTRUCTION CORP. - CALIFORNIA, a Utah corporation;
BIG-D CONSTRUCTION CORP., a Utah corporation; and
BIG-D CORPORATION, a Utah corporation;
BIG-D CAPITAL CORP., a Wyoming corporation; and
Does 1-100, inclusive,

    Defendants/Counterclaimants,

---

BIG-D CONSTRUCTION CORP. - CALIFORNIA, a Utah corporation;
BIG-D CONSTRUCTION CORP., a Utah corporation; and
Does 1-100, inclusive,

    Third Party Plaintiffs,

v.

MARELICH MECHANICAL CO., INC. dba UNIVERSITY MARELICH MECHANICAL,
a California corporation,

    Third Party Defendant.

---

MARELICH MECHANICAL CO., INC. dba UNIVERSITY MARELICH MECHANICAL,
a California corporation,

    Third Party Plaintiff/Counterclaimant,

v.

BIG-D CONSTRUCTION CORP. - CALIFORNIA, a Utah corporation;
FEDERAL INSURANCE COMPANY, an Indiana corporation;
FRICK COMPANY, and
Roes 20 through 80, inclusive,

    Counterdefendant/Third Party Defendants.

---

**ORDER ~~GRANTING~~ DENYING STIPULATED JOINT MOTION TO AMEND
SCHEDULING ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**

THIS MATTER having come before the Court on the Stipulated Joint Motion to Amend Scheduling Order to Extend Dispositive Motion Deadline, [Doc # 174] the Court having reviewed said motion, the file, and now being fully advised in the premises,

HEREBY ~~GRANTS~~ DENIES the motion. As the parties have been told previously, Judge Krieger requires at least 120 days between the dispositive ~~The parties shall have up to and including January 16, 2006, within which to file Dispositive Motions.~~ motions deadline and the trial date.

DATED this 6th day of January, 2006.

BY THE COURT:

s/ Patricia A Coan
Patricia A Coan
United States Magistrate Judge