IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 03-cv-02669-MSK-PAC

LEPRINO FOODS COMPANY,

    Plaintiff,

v.

BIG-D CONSTRUCTION CORP.- CALIFORNIA, a Utah corporation,

    Defendant/Counterclaimant,

and

BIG-D CONSTRUCTION CORP., a Utah corporation,
BIG-D CORPORATION, a Utah corporation,
BIG-D CAPITAL CORP., a Wyoming corporation, and
Does 1-100, inclusive,

    Defendants

---

BIG-D CONSTRUCTION CORP.- CALIFORNIA, a Utah corporation,
BIG-D CONSTRUCTION CORP., a Utah corporation, and
Does 1-100, inclusive,

    Third Party Plaintiffs,

v.

MARELICH MECHANICAL CO., INC. dba UNIVERSITY MARELICH MECHANICAL, a California corporation,

    Third Party Defendant.

---

MARELICH MECHANICAL CO., INC. dba UNIVERSITY MARELICH MECHANICAL, a California corporation,

    Third Party Plaintiff/Counterclaimant,

v.

BIG-D CONSTRUCTION CORP. - CALIFORNIA, a Utah corporation,
FEDERAL INSURANCE COMPANY, an Indiana corporation,
Roes 20 through 80, inclusive,

    Counterdefendant/Third Party Defendants.

## ORDER DENYING MOTIONS *IN LIMINE* FOR NONCOMPLIANCE WITH D.C.COLO.LCivR 7.1(A)

THIS MATTER comes before the Court on eight motions *in limine* **(#219, #220, #221, #222, #223, #224, #225 & #226)**. All eight motions fail to comply with D.C.COLO.LCivR 7.1(A).

**IT IS THEREFORE ORDERED** that the motions **(#219, #220, #221, #222, #223, #224, #225 & #226)** are **DENIED**. In order to facilitate the kind of conference Rule 7.1(A) requires, the Court extends the deadline for filing *in limine* motions to March 1, 2006.

Dated this 24th day of February, 2006

                             **BY THE COURT:**

                             */s/ Marcia S. Krieger*

                             Marcia S. Krieger
                             United States District Judge